# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JULES P. SLIM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:16-CV-1769-S-BH |
| | ) | |
| JOSEPH ABUZAID, et al., | ) | |
| | ) | |
| Defendants. | ) | Referred to U.S. Magistrate Judge |

## ORDER

By electronic order of reference dated March 23, 2018 (doc. 69), this *pro se* case has been referred for full case management. On September 5, 2017, defendant Joseph Abuzaid filed an *Application to Proceed In District Court Without Prepaying Fees or Costs (Long Form)*, that was construed as an application for leave to proceed *in forma pauperis* on appeal. (*See* doc. 52.) On that same day, it was recommended that the application be denied because the appeal was not taken in good faith. (*See* doc. 54.)[1]

On October 4, 2017, the defendant filed a *Letter of Clarification to the Court Regarding the Honorable Judge Irma Carrillo Ramirez Recommendation on Defendant Joseph Abuzaid's Application to Prceed [sic] in this Case Without Paying Cost*. (*See* doc. 61.) It states that he only intended to seek leave to proceed *in forma pauperis* in the district court, not on appeal. The recommendation that leave to proceed *in forma pauperis* on appeal (doc. 54) is therefore **VACATED**. Because the defendant paid the filing fee for this case at the time he removed it from state court, (*see* doc. 1), leave to proceed *in forma pauperis* is unnecessary, so the application (doc. 52) is **DEEMED MOOT**.

---

[1]Requests to proceed *in forma pauperis* on appeal are automatically referred to the assigned United States Magistrate Judge by *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005).

**SIGNED ON THIS 23rd day of March, 2018.**

_/s/ Irma Carrillo Ramirez_
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE