# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JULES P. SLIM, | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 3:16-CV-1769-S-BH** |
| **vs.** | ) | |
| | ) | |
| JOSEPH ABUZAID, | ) | |
| | ) | |
| **Defendant and** | ) | |
| | ) | |
| MUAMAR ANANI, | ) | |
| | ) | |
| **Nominal Defendant.** | ) | **Referred to U.S. Magistrate Judge** |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The nominal *Defendant Muamar Anani's Rule 12(b)(1) Motion to Remand and 12(b)(6) Motion to Dismiss,* filed September 21, 2017 (doc. 56), are **DENIED**.

SIGNED this __11th__ day of __September__, 2018.

_____
**UNITED STATES DISTRICT JUDGE**